624

SALLY KAISER, Individually and as Ancillary Executrix, etc., of EMANUEL W. KAISER, Deceased, Respondent, v. LOUIS KAISER and MORRIS SPRAYREGEN, Individually and as Copartners Doing Business under the Firm Name and Style of LOUIS KAISER & Co., and Others, Defendants.

MORRIS SPRAYREGEN, Individually and as Copartner, etc., Appellant.

First Department, December 17, 1937.

*J. T. Mahoney* of counsel [*A. L. Spitzer, L. Acker* and *E. Tuck,* with him on the brief; *A. Lewis Spitzer,* attorney], for the appellant.

*Sidney I. Prager,* for the respondent.

PER CURIAM. The interlocutory judgment directing defendants to file a verified accounting of the interest of Emanuel W. Kaiser in the partnership of Louis Kaiser & Co. as of January 4, 1930, the date of his death, we believe to be proper. However, due weight should be given to the report of the certified public accountants, Leslie Banks & Co., which was completed as at the close of business of October 31, 1929. That audit, which contains a balance sheet of the firm's assets and liabilities and a schedule of each partner's interest in the capital of the firm and in his individual accounts, was certified by the decedent as correct " in every particular " by letter dated November 18, 1929.

The judgment should be affirmed, with costs.

Present — MARTIN, P. J., GLENNON, DORE, COHN and CALLAHAN, JJ.

Judgment unanimously affirmed, with costs.